**1383  JENNEY vs. HOLLAND (Twp. Treasurer), No. 13548½.**

To compel the payment of certain orders.

Order to show cause denied June 6, 1893, on the ground that the application should be made to the Circuit Court.